# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CARL THORNTON
ADC #136831                                                                                    PLAINTIFF

VS.                           4:21-CV-00819-BRW-JJV

L. SEAMSTER,
Advanced Nurse Practitioner, *et al.*                                                         DEFENDANTS

## ORDER

I have reviewed the Partial Recommended Disposition (Doc. No. 4) submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections (Doc. No. 5). After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Partial Recommended Disposition in all respects.

Accordingly, Plaintiff may proceed with his inadequate medical care claim against Defendants Seamster and Conley. All other claims are DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted. Defendants Byers, Conner, Drost, and Westmoreland are DISMISSED WITHOUT PREJUDICE from this lawsuit because Plaintiff has not pled any plausible claims against them.

I certify an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 15th day of October, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1